UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN PAUL POLZIN,

        Plaintiff,

v.

        Case No. 11-cv-15030
        HON. GERSHWIN A. DRAIN

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION (#17), DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT(#11), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT(#15) AND DISMISSING ACTION

      On February 15, 2013, Magistrate Judge Michael Hluchaniuk issued a report and recommendation recommending the court deny plaintiff's motion for summary judgment and grant defendant's motion for summary judgment. The court has reviewed the report and recommendation, and in the absence of any timely objection,

      The court hereby adopts Magistrate Judge Hluchaniuk's February 15, 2013, report and recommendation in its entirety. Defendant's motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED and this cause of action is dismissed.

      SO ORDERED.

Dated: March 19, 2013

S/Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 19, 2013, by electronic and/or ordinary mail.

S/Tanya Bankston
Deputy Clerk

---